UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHAMPPS ENTERTAINMENT, INC., )
    Plaintiff, )
)
)
v. ) C.A No. 04-11444 RWZ
)
AMERICAN INTERNATIONAL GROUP, )
INC., and NATIONAL UNION FIRE )
INSURANCE COMPANY OF PITTSBURGH, )
PA, )
    Defendants. )
)

### NOTICE OF CHANGE OF ADDRESS

Please take notice that as of August 30, 2004, counsel for the defendants, American International Group and National Union Fire Insurance Company of Pittsburgh, PA, in the above action, have moved their offices to:

    Taylor, Duane, Barton & Gilman, LLP
    160 Federal Street, 5th Floor
    Boston, MA  02110

    The Defendants,
    American International Group and National Union Fire
    Insurance Company of Pittsburgh, PA
    By their attorneys,

    _____
    James J. Duane, III
    B.B.O. #136500
    Eric M. Chodkowski
    B.B.O. # 648629
    Taylor, Duane, Barton & Gilman, LLP
    111 Devonshire Street
    Boston, MA  02109
    (617) 654-8200

### CERTIFICATE OF SERVICE

I, Eric M. Chodkowski, attorney for the defendant defendants, American International Group and National Union Fire Insurance Company of Pittsburgh, PA, hereby certify that on August 20, 2004, I mailed the foregoing document by first class mail, postage prepaid, to all counsel of record.

    _____
    Eric M. Chodkowski