UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPPS ENTERTAINMENT, INC., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>AMERICAN INTERNATIONAL GROUP, )<br>INC., and NATIONAL UNION FIRE )<br>INSURANCE COMPANY OF PITTSBURGH, )<br>PA, )<br>    Defendants. )<br>_____ ) | C.A. No. 04-11444-RWZ |

### ASSENTED-TO MOTION OF THE DEFENDANTS, AMERICAN INTERNATIONAL GROUP, INC. AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., TO ENLARGE TIME TO RESPOND TO THE COMPLAINT OF THE PLAINTIFF, CHAMPPS ENTERTAINMENT, INC.

The defendants, American International Group, Inc. ("AIG") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), respectfully move, **with the assent of the plaintiff,** to enlarge the time by which AIG and National Union must answer, object or otherwise respond to the plaintiff's Complaint until January 28, 2005.

On December 13, 2004, the United States District Court for the Southern District of New York (the "New York Federal Court") granted National Union's Petition to Compel Arbitration which was filed on August 9, 2004. In light of the New York Federal Court's ruling, the parties have agreed to explore settlement. Accordingly, the parties seek an enlargement of time until January 28, 2005 to permit for settlement discussions between the parties.

Counsel for the plaintiff assented to this motion by telephone on December 21, 2004.

WHEREFORE, AIG and National Union request that this Court allow this Assented-To Motion and extend the time for AIG and National Union to respond to Champp's Complaint until January 28, 2005.

| The Defendants, | The Plaintiff, |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | CHAMPPS ENTERTAINMENT, INC., |
| By their Attorneys, | By its Attorneys, |
| /s/ *signature* | /s/ Donna Depoian / EMC |
| James J. Duane, III, Esq.<br>B.B.O. # 136500<br>Eric M. Chodkowski, Esq.<br>B.B.O. # 648629<br>TAYLOR, DUANE, BARTON & GILMAN, LLP<br>160 Federal Street<br>Boston, MA 02110<br>(617) 654-8200 | Donna Depoian, Esq.<br>B.B.O. # 547215<br>614 Forest Street<br>North Andover, MA 01845<br>(978) 725-8880 |

### CERTIFICATE OF Rule 7.1 CONFERENCE AND OF SERVICE

I, Eric M. Chodkowski, hereby certify that, prior to filing the within motion, I conferred with counsel for the plaintiff concerning said motion, who advised that they assent to said motion. I further certify that on this 23rd day of December, 2004, I served a copy of the above motion by mailing same, postage prepaid to all counsel of record.

/s/ *signature*
Eric M. Chodkowski