contract, including, without limitation, compensatory damages, consequential damages,

prejudgment interest, post-judgment interest, costs, and such other relief as this Court

deems just.

February 11, 2005                    By: _____ JNE

                                    Donna L. Depoian, Esq. (BBO # 547215)
                                    614 Forest Street
                                    North Andover, MA  01845
                                    Telephone:  978-725-8880

                                        -and-

                                    ANDERSON KILL & OLICK, P.C.
                                    John N. Ellison, Esq.
                                    Claudine Q. Homolash, Esq.
                                    1600 Market Street
                                    Suite 2500
                                    Philadelphia, PA  19103
                                    Telephone:  215-568-4202

                                    Attorneys for Plaintiff
                                    Champps Entertainment, Inc.

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of Plaintiff's Amended

Complaint was served by first class mail, postage paid upon the following counsel:

Eric M. Chodkowski, Esquire
Taylor Duane Barton & Gilman, LLP
160 Federal Street
Boston, MA  02110

JOHN N. ELLISON, ESQUIRE

DATED:  February 11, 2005

 **First National Bank**

International Trade Services.
1620 Dodge Street
Omaha NE 68197
402.341.0500
SWIFT: FNBOUS44

IRREVOCABLE STANDBY LETTER OF CREDIT

LETTER OF CREDIT NUMBER:  STB03200204

DATE:  NOVEMBER 6, 2003

APPLICANT:
CHAMPPS OPERATING CORPORATION
5619 DTC PARKWAY, SUITE 1000
ENGLEWOOD, CO  80111

BENEFICIARY:
NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, AND
AMERICAN HOME ASSURANCE COMPANY, AND
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AND
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, AND
COMMERCE AND INDUSTRY INSURANCE COMPANY, AND
AIU INSURANCE COMPANY, AND
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA, AND
ILLINOIS NATIONAL INSURANCE COMPANY, AND
AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY, AND
NATIONAL UNION FIRE INSURANCE COMPANY OF LOUISIANA, AND
AMERICAN INTERNATIONAL PACIFIC INSURANCE COMPANY, AND
GRANITE STATE INSURANCE COMPANY, AND
NEW HAMPSHIRE INSURANCE COMPANY, AND
LEXINGTON INSURANCE COMPANY, AND
LANDMARK INSURANCE COMPANY, AND
STARR EXCESS LIABILITY INSURANCE COMPANY LIMITED
P.O. BOX 923
WALL STREET STATION
NEW YORK, NY  10268
ATTN:  MR. ART STILLWELL

WE HEREBY ESTABLISH THIS IRREVOCABLE LETTER OF CREDIT IN FAVOR OF THE
AFORESAID ADDRESSEES (EACH, THE "BENEFICIARY") FOR DRAWINGS UP TO
USD526,000.00 (UNITED STATES DOLLARS FIVE HUNDRED TWENTY SIX THOUSAND
AND NO/100) EFFECTIVE IMMEDIATELY.  THIS LETTER OF CREDIT IS ISSUED,
PRESENTABLE AND PAYABLE AT OUR OFFICE AT FIRST NATIONAL BANK,
INTERNATIONAL TRADE SERVICES, 1620 DODGE STREET STOP 1111, OMAHA, NE
68197-1111 AND EXPIRES WITH OUR CLOSE OF BUSINESS ON NOVEMBER 6, 2004
OR ANY FUTURE EXPIRATION DATE.

THE TERM "BENEFICIARY" INCLUDES ANY SUCCESSOR BY OPERATION OF LAW OF
EACH NAMED BENEFICIARY, INCLUDING, WITHOUT LIMITATION, ANY LIQUIDATOR,
REHABILITATOR, RECEIVER OR CONSERVATOR.

WE HEREBY UNDERTAKE TO PROMPTLY HONOR YOUR SIGHT DRAFT(S) DRAWN ON US,
INDICATING OUR LETTER OF CREDIT NO. STB03200204, FOR ALL OR PART OF
THIS CREDIT IF PRESENTED AT OUR OFFICE SPECIFIED IN PARAGRAPH ONE ON OR
BEFORE THE EXPIRY DATE OR ANY AUTOMATICALLY EXTENDED EXPIRY DATE.  ANY
ONE BENEFICIARY OR COMBINATION OF BENEFICIARIES, ACTING INDIVIDUALLY OR
COLLECTIVELY, MAY DRAW ON THIS LETTER OF CREDIT IN FULL OR IN PART, AND

NOV-12-2003 WED 09:09 AM FIRST NATL. BANK/DENVER    FAX NO. 3033083861    P. 04

 First National Bank

International Trade Services
1620 Dodge Street
Omaha NE 68197
402.341.0500
SWIFT: FNBOUS44

Page: 2
Date: November 06, 2003
Our Reference No: 03200204

ANY ACTION TAKEN BY ANY OR ALL BENEFICIARIES HEREUNDER SHALL BIND EACH OF THEM.

EXCEPT AS EXPRESSLY STATED HEREIN, THIS UNDERTAKING IS NOT SUBJECT TO ANY AGREEMENT, CONDITION OR QUALIFICATION. THE OBLIGATION OF FIRST NATIONAL BANK UNDER THIS LETTER OF CREDIT IS THE INDIVIDUAL OBLIGATION OF FIRST NATIONAL BANK AND IS IN NO WAY CONTINGENT UPON REIMBURSEMENT WITH RESPECT THERETO.

IT IS A CONDITION OF THIS LETTER OF CREDIT THAT IT SHALL BE DEEMED AUTOMATICALLY EXTENDED WITHOUT AMENDMENT FOR ONE YEAR FROM THE EXPIRY DATE HEREOF, OR ANY FUTURE EXPIRATION DATE, UNLESS AT LEAST THIRTY DAYS PRIOR TO ANY EXPIRATION DATE WE NOTIFY YOU BY REGISTERED MAIL OR COURIER SERVICE THAT WE ELECT NOT TO CONSIDER THIS LETTER OF CREDIT RENEWED FOR ANY SUCH ADDITIONAL PERIOD.

THIS LETTER OF CREDIT IS SUBJECT TO AND GOVERNED BY THE LAWS OF THE STATE OF NEW YORK, AND THE 1993 REVISION OF THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS OF THE INTERNATIONAL CHAMBER OF COMMERCE (PUBLICATION 500) AND, IN THE EVENT OF ANY CONFLICT, THE LAWS OF THE STATE OF NEW YORK WILL CONTROL. IF THIS CREDIT EXPIRES DURING AN INTERUPTION OF BUSINESS AS DESCRIBED IN ARTICLE 17 OF SAID PUBLICATION 500, THE BANK HEREBY SPECIFICALLY AGREES TO EFFECT PAYMENT IF THIS CREDIT IS DRAWN AGAINST WITHIN THIRTY (30) DAYS AFTER THE RESUMPTION OF BUSINESS.

FIRST NATIONAL BANK

AUTHORIZED SIGNATURE



June 4, 2001

American International Companies®
80 Pine Street, 5th Floor
New York, NY 10005
212.770. _____
212.425.2014 (Fax)

RECEIVED
NOV 08 2001
By

Willis Corroon Corp of MA
Three Copley Place Suite 300
Boston, MA 02116
Attn: Bob Wynne

RE:

| | |
|---|---|
| Account Name: | Daka International, Inc. |
| Policy Period: | 7/1/94-71/197 |
| Valuation Date: | 03/31/2001 |
| Adjustment #: | Final |
| Retro Premium/Return: | $460 |

Dear Mr. Wynne,

Attached is the current statement of the adjusted premium and its supporting documentation for the captioned account above. Listed is the premium breakdown:

| Policy Period | Adjustment | Premium |
|---|---|---|
| 7/1/94-95 | Loss Provision | ($2,342) |
| 7/1/95-96 | Loss Provision | ($7,076) |
| 7/1/96-97 | Loss Provision | $9,878 |
| Total | | $460 |

Total Amount is due by 07/06/2001

There will be no more adjustments done to this account. The policies captioned above can be considered "FINAL AND COMPLETE". If you have any questions feel free to contact me at (212) 770-1279.

Sincerely,

Anthony J. Conti
Account Service Representative
Anthony.Conti@AIG.com

CC: Harrington Williams     5/80 Pine St. New York, NY 10005
     Roy Gandon             5/80 Pine St. New York, NY 10005
     Dawn Gregg             5/80 Pine St. New York, NY 10006

| First Class Mail | Express Mail | Payment Via Wire |
|---|---|---|
| American International Companies<br>P.O. Box 10642<br>Newark, NJ 07193 | Chase Manhattan Bank<br>55 Water Street, Room 826<br>New York, NY 10041 | Chase Manhattan Bank<br>55 Water Street<br>New York, NY 10005<br>Acct. #: 323-160-387<br>ABA #: 021-000-021<br>Phone #: 1-877-204-1124 |
| Attn: Roy Gandon | | |



A Member of
American International Group, Inc.

Attachment _____ *1*

Page __3__ of __6__



# DAKA International, Inc.

LOSS PROVISION ADJUSTMENT REPORT

ADDITIONAL AND RETURN PREMIUMS

LOSSES VALUED @ 3/31/01.

| Contract Number | Effective Date | Attachment Point | Original Loss Provision | Prior L/P Adjustments | ITD Loss Provision | Total Ultimate Losses | A/P-(R/P) Amounts | Increase (Decrease) Fees |
|---|---|---|---|---|---|---|---|---|
| 199700 | 07/01/94 | 8,900,000 | 3,900,000 | (1,379,519) | 2,520,481 | 1,215,193 | (1,305,288) | (2,342) |
| 199701 | 07/01/95 | | 5,723,335 | (2,303,802) | 3,419,533 | 1,772,742 | (1,646,791) | (7,076) |
| 199702 | 07/01/96 | | 4,139,914 | (928,654) | 3,211,260 | 2,244,285 | (966,975) | 9,878 |
| 199703* | 07/01/97 | | | | | | | 0 |
| **TOTAL:** | | | **13,763,249** | **(4,611,975)** | **9,151,274** | **5,232,220** | **(3,919,054)** | **460** |



# ADDITIONAL PREMIUM FEE CALCULATION SHEET

**ACCOUNT NAME:**     DAKA International, Inc.
**POLICY YEAR:**      07/01/94
**CONTRACT NUMBER:**  199700

## FEE CALCULATION:

| | |
|---|---:|
| ADDITIONAL /(RETURN) PREMIUM | (1,305,288) |
| COMPONENTS OF SUB. PREM. FOR TAXES | (1,305,288) |
| TAXES BOARD, BUREAU CHARGES | (1,041) |
| ADJUSTED SUBJECT PREMIUM | (1,306,329) |
| CLAIMS SUPERVISION FEE | (1,301) |
| ADJUSTED GROSS PREMIUM | (1,307,630) |

| | | |
|---|---:|---|
| TAXES, BOARDS, BUREAUS | 4.800% | Of Losses (Non-Deductible and Deductilble) |
| CLAIMS SUPERVISION FEE | 6.000% | Of Losses (Non-Deductible and Deductilble) |

| Premiums | 3/31/00 | Rate | Exposure | Audited premium | Change |
|---|---:|---:|---:|---:|---:|
| CLAIMS SUPERVISION FEE | 151,229 | 0.060000 | 2,498,800 | 149,928 | (1,301) |
| Taxes Boads & Bureau | 120,983 | 0.048000 | 2,498,800 | 119,942 | (1,041) |

| Losses | |
|---|---:|
| Non-Deductible | 1,215,193 |
| Deductible | 1,283,607 |
| Total | 2,498,800 |

| | | | |
|---|---|---|---:|
| ADDITIONAL TBB | | SEE ABOVE = | (1,041) |
| ADDITIONAL Claims Supervision Fee | | SEE ABOVE = | (1,301) |
| | | *TOTAL FEES* = | *(2,342)* |

| *TIE BACK:* | |
|---|---:|
| ADDITIONAL TBB | (1,041) |
| ADDITIONAL Claims Supervision Fee | (1,301) |
| LOSS PROVISION | (1,305,288) |
| *TOTAL A.P. (R.P)* | *(1,307,630)* |

Adjustor: Anthony J. Conti
Phone: (212)770-1279

# ADDITIONAL PREMIUM FEE CALCULATION SHEET

**ACCOUNT NAME:**      DAKA International, Inc.
**POLICY YEAR:**      07/01/95
**CONTRACT NUMBER:**      199701
**FEE CALCULATION:**

| | |
|---|---|
| ADDITIONAL /(RETURN) PREMIUM | (1,646,791) |
| COMPONENTS OF SUB. PREM. FOR TAXES | (1,646,791) |
| TAXES BOARD, BUREAU CHARGES | (3,572) |
| ADJUSTED SUBJECT PREMIUM | (1,650,363) |
| CLAIMS SUPERVISION FEE | (3,504) |
| ADJUSTED GROSS PREMIUM | (1,653,867) |

| | | |
|---|---|---|
| TAXES, BOARDS, BUREAUS | 6.118% | Of Losses (Non-Deductible and Deductilble) |
| CLAIMS SUPERVISION FEE | 6.000% | Of Losses (Non-Deductible and Deductilble) |

| Premiums | 3/31/00 | Rate | Exposure | Audited Premium | Change |
|---|---|---|---|---|---|
| CLAIMS SUPERVISION FEE | 205,172 | 0.060000 | 3,361,135 | 201,668 | (3,504) |
| TAXES, BOARDS, BUREAUS | 209,200 | 0.061178 | 3,361,135 | 205,628 | (3,572) |

**Losses**

| | |
|---|---|
| Non-Deductible | 1,772,742 |
| Deductible | 1,588,393 |
| Total | 3,361,135 |

| | | |
|---|---|---|
| ADDITIONAL TBB | SEE ABOVE = | (3,572) |
| CLAIMS SUPERVISION FEE | SEE ABOVE = | (3,504) |
| | *TOTAL FEES =* | *(7,076)* |

| *TIE BACK:* | |
|---|---|
| ADDITIONAL TBB | (3,572) |
| CLAIMS SUPERVISION FEE | (3,504) |
| LOSS PROVISION | (1,646,791) |
| *TOTAL A.P. (R.P)* | *(1,653,867)* |

Adjustor: Anthony J. Conti
Phone: (212)770-1279



# ADDITIONAL PREMIUM FEE CALCULATION SHEET

| | |
|---|---|
| ACCOUNT NAME: | DAKA International, Inc. |
| POLICY YEAR: | 07/01/96 |
| CONTRACT NUMBER: | 199702 |

**FEE CALCULATION:**

| | |
|---|---:|
| ADDITIONAL /(RETURN) PREMIUM | (966,975) |
| COMPONENTS OF SUB. PREM. FOR TAXES | (966,975) |
| TAXES BOARD, BUREAU CHARGES | 4,674 |
| ADJUSTED SUBJECT PREMIUM | (962,301) |
| CLAIMS SUPERVISION FEE | 5,204 |
| ADJUSTED GROSS PREMIUM | (957,097) |

| | | |
|---|---:|---|
| TAXES, BOARDS, BUREAUS | 6.680% | Of Losses (Non-Deductible and Deductilble) |
| CLAIMS SUPERVISION FEE | 6.000% | Of Losses (Non-Deductible and Deductilble) |

| Premium | 3/31/00 | Rate | Exposure | Audited Premium | Change |
|---|---:|---:|---:|---:|---:|
| CLAIMS SUPERVISION FEE | 192,676 | 0.060000 | 3,289,167 | 197,350 | 4,674 |
| TAXES BOARD, BUREAU CHARGES | 214,512 | 0.066800 | 3,289,167 | 219,716 | 5,204 |



**Losses**

| | |
|---|---:|
| Non-Deductible | 2,244,285 |
| Deductible | 1,044,882 |
| Total | 3,289,167 |

| | | |
|---|---|---:|
| ADDITIONAL TBB | SEE ABOVE = | 5,204 |
| ADDITIONAL WORKERS' COMPENSATION | SEE ABOVE ≈ | 4,674 |
| | *TOTAL FEES* = | *9,878* |

| TIE BACK: | |
|---|---:|
| ADDITIONAL TBB | 5,204 |
| CLAIMS SUPERVISION FEE | 4,674 |
| LOSS PROVISION | (966,975) |
| *TOTAL A.P. (R.P)* | *(957,097)* |

Adjustor: Anthony J. Conti

Phone: (212)770-1279



**CHAMPPS**
ENTERTAINMENT. INC.

November 30, 2001

**VIA OVERNIGHT MAIL**
Mr. Anthony J. Conti
Account Service Representative
American International Companies
80 Pine Street, 5th Floor
New York, NY   10005

|  | | |
|---|---|---|
| RE: | **Account Name:** | **Daka International, Inc.** |
| | **Policy Period:** | **7/1/94-71/197** |
| | **Valuation Date:** | **03/31/2001** |
| | **Adjustment #:** | **Final** |
| | **Retro Premium/Return:** | **$460** |

Dear Tony:

In response to your correspondence dated June 4, 2001 to Bob Wynne of Willis, please find attached a check for $460. Per your correspondence and per Willis' letter to Angela Collins dated November 6, 2001, (see attachment 1), this payment represents the final adjustment for Daka International, Inc. for the policy periods 7/1/94 through policy period 7/1/97. Per our records, the contracts and policies for workers' compensation insurance, general liability insurance and business auto insurance listed on Attachment 2 are the policies in place for Daka International, Inc. for the periods specified in your correspondence.

Per your correspondence, "There will be no more adjustments done to this account. The policies captioned above can be considered 'FINAL AND COMPLETE'." In reliance on your correspondence, Willis Correspondence, and our payment, we understand we will have no further liability for the insurance policies identified on the attached schedule. Any charges, changes to reserves or any new claims will be AIG's responsibility.

In addition, we will be terminating the surety bond in the amount of $526,274 which named AIG as benefactor in the event of default by Daka International, Inc. or its successors Unique Casual Restaurants, Inc. or Champps Entertainment, Inc.

Mr. Anthony J. Conti
November 30, 2001
Page 2 of 2

If this payment does <u>not</u> satisfy Daka International, Inc.'s ultimate and final liability for the insurance policies and periods stated above, do not cash this check.  Please return it to my attention:

> Frederick J. Dreibholz
> Chief Financial Officer
> Champps Entertainment, Inc.
> 5619 DTC Parkway, Suite 1000
> Englewood, CO   80111-3075

Please excuse the tardiness of our response to your original request as we have just recently received your correspondence via Willis.

Should you have any questions, please feel to contact me at 720-529-7362.

Sincerely,

Frederick J. Dreibholz
Chief Financial Officer

Enclosures

cc:    Bob Wynne
       Willis
       William H. Baumhauer
       Donna L. Depoian

Attachment _____ 2

Page __3__ of __2 4__

**AIG**

American International Companies •
80 Pine Street, 5th Floor
New York, NY 10005
212.770. _____
212.425.2014 [Fax] •

RECEIVED
NOV 0 8 2001
By _____

June 4, 2001

Willis Corroon Corp of MA
Three Copley Place Suite 300
Boston, MA 02116
Attn: Bob Wynne

RE:    Account Name:      Daka International, Inc.
       Policy Period:     7/1/94-71/197
       Valuation Date:    03/31/2001
       Adjustment #:      Final
       Retro Premium/Return:   $460

Dear Mr. Wynne,

Attached is the current statement of the adjusted premium and its supporting documentation for the captioned account above. Listed is the premium breakdown:

| Policy Period | Adjustment | Premium |
|---|---|---|
| 7/1/94-95 | Loss Provision | ($2,342) |
| 7/1/95-96 | Loss Provision | ($7,076) |
| 7/1/96-97 | Loss Provision | $9,878 |
| Total | | $460 |

Total Amount is due by 07/06/2001

There will be no more adjustments done to this account. The policies captioned above can be considered "FINAL AND COMPLETE." If you have any questions feel free to contact me at (212) 770-1279.

Sincerely,

Anthony J. Conti
Account Service Representative
Anthony.Conti@AIG.com

CC:    Harrington Williams      5/80 Pine St. New York, NY 10005
       Roy Gandon               5/80 Pine St. New York, NY 10005
       Dawn Gregg               5/80 Pine St. New York, NY 10006

| First Class Mail | Express Mail | Payment Via Wire |
|---|---|---|
| American International Companies<br>P.O. Box 10642<br>Newark, NJ 07193<br><br>Attn: Roy Gandon | Chase Manhattan Bank<br>55 Water Street, Room 826<br>New York, NY 10041 | Chase Manhattan Bank<br>55 Water Street<br>New York, NY 10005<br>Acct. #: 323-160-387<br>ABA #: 021-000-021<br>Phone #: 1-877-204-1124 |

(2/01)

A Member of

Page ___4___ of ___4___

Check Date: 11/29/01                                                      No. 48260
AMERICAN INTERNATIONAL GROUP                                   Vendor No. 2033

| Invoice | Description | Date | Gross Amount | Discount | Net Amount Paid |
|---------|-------------|------|--------------|----------|-----------------|
| 112901 | FINAL ADJUSTMENT | 11/06/01 | $460.00 | $0.00 | $460.00 |
| Page 1 of 1 | | Grand Totals | $460.00 | $0.00 | $460.00 |



CHAMPPS
ENTERTAINMENT, INC.                     BANK ONE, NA          Check No. 48260
5619 DTC Parkway • 10th Floor              Ohio
Englewood, CO 80111                        56-154

                                                                11/29/2001

PAY      Four Hundred Sixty Dollars and 00 Cents

TO THE   AMERICAN INTERNATIONAL GROUP
ORDER    P.O. BOX 116632
OF       ATLANTA, GA 30368-6081
2033

⑈000 48 260⑈ ⑆044 1154 43⑆      6 27 1 208 50⑈

*See Reverse Side For Easy Opening Instructions*



CHAMPPS
ENTERTAINMENT, INC.
5619 DTC Parkway • 10th Floor
Englewood, CO 80111

AMERICAN INTERNATIONAL GROUP
P.O. BOX 116632
ATLANTA, GA 30368-6081

**CHAMPPS**
ENTERTAINMENT, INC.

Page ___/___ of ___/___

RECEIVED
JAN 2 2 2002

January 2, 2002

Mr. Chris Webster
Regional Manager
AIGRM
99 High St.
Boston, MA 02110

Dear Chris:

Per the attached documentation, it appears that the insurance liability for Daka International, Inc. has been satisfied. Could you please confirm that this is the case by acknowledging this document and forwarding back to me in the self-addressed stamped envelope.

If you have any questions, I can be reached at 720-529-7362.

Sincerely,

Frederick J. Dreibholz
Chief Financial Officer

Enclosures

Chris Webster
AIG Insurance
Acknowledged and agreed to

L:\Denise\Letters\Fred\Webster-Chris 1.2.02 insurance liability.doc