Donna L. Depoian, Esq. (BBO # 547215)
614 Forest Street
North Andover, MA 01845
Telephone: (978) 725-8880
    -and-
ANDERSON KILL & OLICK, P.C.
John N. Ellison, Esq.
Claudine Q. Homolash, Esq.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
(215) 568-4202
Attorneys for Plaintiff
Champps Entertainment, Inc.

FILED
IN CLERK'S OFFICE

2005 MAR 22  A 9: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPPS ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., <br><br> Defendant. | CIVIL ACTION NO.  04-11444 (RWZ) |

**ASSENTED-TO MOTION OF THE PLAINTIFF, CHAMPPS ENTERTAINMENT, INC., TO ENLARGE TIME TO RESPOND TO DEFENDANT'S, AMERICAN INTERNATIONAL GROUP, INC., MOTION TO DISMISS THE PLAINTIFF'S FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING ARBITRATION**

Plaintiff, Champps Entertainment, Inc. ("Champps"), respectfully moves, with the assent of the defendant, to enlarge the time by which Champps must respond to Defendant's, American International Group, Inc. ("AIG"), Motion to Dismiss the Plaintiff's First Amended Complaint, or in the Alternative, to Stay this Action Pending Arbitration until March 28, 2005. Counsel for Defendant assented to this motion by telephone on March 10, 2005.

WHEREFORE, Champps respectfully requests that this Court allow this Assented-To Motion and extend the time for Champps to respond to AIG's Motion until March 28, 2005.

| The Plaintiff, | The Defendant, |
|---|---|
| CHAMPPS ENTERTAINMENT, INC., | AMERICAN INTERNATIONAL GROUP, INC., |
| By its Attorneys, | By its Attorneys, |

_____
Donna Depoian, Esq.
B.B.O. #136500
614 Forest Street
North Andover, MA 01845
(978) 725-8880

James J. Duane, III, Esq.
B.B.O. # 547215
Eric M. Chodkowski, Esq.
B.B.O. # 648629
TAYLOR, DUANE, BARTON &
GILMAN, LLP
(617) 654-8200

### CERTIFICATE OF Rule 7.1 CONFERENCE AND OF SERVICE

I, Donna Depoian, hereby certify that, prior to filing the within motion, I conferred with counsel for the defendant concerning said motion, who advised that they assent to said motion. I further certify that on this ___ day of March, 2005, I served a copy of the above motion by mailing same, postage prepaid, to all counsel of record.

_____
Donna Depoian

PHIDOCS-42014.1

WHEREFORE, Champps respectfully requests that this Court allow this Assented-To Motion and extend the time for Champps to respond to AIG's Motion until March 28, 2005.

| The Plaintiff, | The Defendant, |
|---|---|
| CHAMPPS ENTERTAINMENT, INC., | AMERICAN INTERNATIONAL GROUP, INC., |
| By its Attorneys, | By its Attorneys, |
| *Donna Depoian* | |
| Donna Depoian, Esq. | James J. Duane, III, Esq. |
| B.B.O. #136500 | B.B.O. # 547215 |
| 614 Forest Street | Eric M. Chodkowski, Esq. |
| North Andover, MA 01845 | B.B.O. # 648629 |
| (978) 725-8880 | TAYLOR, DUANE, BARTON & GILMAN, LLP |
| | (617) 654-8200 |

### CERTIFICATE OF Rule 7.1 CONFERENCE AND OF SERVICE

I, Donna Depoian, hereby certify that, prior to filing the within motion, I conferred with counsel for the defendant concerning said motion, who advised that they assent to said motion. I further certify that on this 21st day of March, 2005, I served a copy of the above motion by mailing same, postage prepaid, to all counsel of record.

*Donna Depoian*
Donna Depoian