Donna L. Depoian, Esq. (BBO # 547215)
614 Forest Street
North Andover, MA  01845
Telephone:  (978) 725-8880
    -and-
ANDERSON KILL & OLICK, P.C.
John N. Ellison, Esq.
Claudine Q. Homolash, Esq.
1600 Market Street
Suite 2500
Philadelphia, PA  19103
(215) 568-4202
Attorneys for Plaintiff
Champps Entertainment, Inc.



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPPS ENTERTAINMENT, INC.,<br><br>                 Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.,<br><br>                 Defendant. | CIVIL ACTION NO.    04-11444 (RWZ) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(i)
### OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, Champps Entertainment, Inc. ("Champps"), hereby files this Notice of Voluntary Dismissal of this action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

March 25, 2005               By:  *(signature)*
                                  Donna L. Depoian, Esq. (BBO # 547215)
                                  614 Forest Street
                                  North Andover, MA 01845
                                  Telephone: 978-725-8880

                                  -and-

                                  ANDERSON KILL & OLICK, P.C.
                                  John N. Ellison, Esq.
                                  Claudine Q. Homolash, Esq.
                                  1600 Market Street
                                  Suite 2500
                                  Philadelphia, PA 19103
                                  Telephone: 215-568-4202

                                  Attorneys for Plaintiff
                                  Champps Entertainment, Inc.

CERTIFICATE OF SERVICE

I, Donna Depoian, hereby certify that on this 25th day of March, 2005, I served a copy of the above notice by mailing same, postage prepaid, to all counsel of record.

*(signature)*
Donna Depoian

PHIDOCS-42095.1