

10375 Park Meadows Drive, Suite 560
Littleton, Colorado 80124

October 22, 2007

FILED
IN CLERKS OFFICE

2007 NOV -5  P 3: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

US DISTRICT COURT
1 COURT HOUSE WAY
ATTN: RECORDS DEPARTMEN
BOSTON, MA  2210

Dear Sir or Madam,

04-cv-1444

On October 22, 2007 Fox and Hound Restaurant Group purchased Champps Entertainment, Inc. As a result, the corporate offices will now be located in Kansas. Please send all future correspondence to the address below.

Fox and Hound Restaurant Group
1551 North Waterfront Parkway, Suite 310
Wichita, KS  67206
(316) 201-4000

Correspondence to the following individuals should still be sent to Champps, 10375 Park Meadows Drive, #560, Lone Tree, CO  80124:

Jodee Bell, POS Help Desk Specialist Coordinator
Shannon Deere, Construction and Facilities Assistant
Rob Duke, POS Help Desk Supervisor
Doug Frodine, Facilities Manager
Tim Johnson, VP Purchasing

Abbey Moran, Payroll
Julie Parrott, Manager of Training
Rachel Phillips, Marketing Director
Matt Selander, POS Help Desk Specialist
Sandra Springer, Training/Culinary Assistant

Thank you for your assistance during our time of transition.

Sincerely,

Clint Woodruff
Vice President of Finance
Champps Entertainment, Inc.

10375 Park Meadows Drive, Suite 560
Littleton, CO 80124
Tel: 303-804-1333   Fax: 303-804-8477